**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00288-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DONALD PRITCHARD,

       Defendant.

---

**ORDER WITHDRAWING PETITION FOR COMPLIANCE REVIEW HEARING**

---

       On May 2, 2006, the Court ordered the issuance of a summons for the defendant to appear at a compliance review hearing. The Court has been advised, upon report of the probation officer, that the defendant has come into compliance with his conditions of supervised release. The defendant has demonstrated compliance by allowing the probation officer access to his property, and agreeing to make payments towards his restitution. It is, therefore,

       ORDERED that the petition on supervised release requesting the issuance of a summons for the defendant to appear at a Compliance Review hearing be withdrawn.

       DATED at Denver, Colorado, this <u>16th</u> day of May, 2006.

       BY THE COURT:

       <u>s/ Wiley Y. Daniel</u>
       Wiley Y. Daniel
       United States District Judge